## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**BETTY THURMAN,**

      **Plaintiff,**

**vs.**                          **CASE NO. 5:11-cv-103/RS-EMT**

**EXPRESS LANE INC.,**

      **Defendant.**

_____ /

## <u>ORDER</u>

Before me is the Report of Parties Planning Meeting (Doc. 18).   The attorneys have disregarded the guidance in the Initial Scheduling Order regarding the discovery deadline and a trial date.

**It is ordered** that the parties shall file an amended joint report not later than July 20, 2011, with dates consistent with a discovery deadline of  November 4, 2011, and a trial on January 23, 2012 or February 6, 2012.

**ORDERED** on July 13, 2011.

                                     /S/ Richard Smoak
                                     **RICHARD SMOAK**
                                     **UNITED STATES DISTRICT JUDGE**